**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Fax: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
Nicole Smith
State Bar No. 029316
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSEPH S. RUBANOW,<br><br>    Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:09-bk-31200-SSC |
| JOSEPH S. RUBANOW,<br><br>    Plaintiff,<br><br>vs.<br><br>DREAMBUILDER INVESTMENTS, LLC., and<br>JP MORGAN CHASE BANK, N.A.<br><br>    Defendants. | Adversary No. 2:12-ap-01924-SSC |

**COMPLAINT**

Plaintiff, Joseph S. Rubanow, by and through his attorneys, Campbell & Coombs P.C., hereby states for his complaint as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; 11 U.S.C. § 506(a), 11 U.S.C. § 1123(b)(5) and Rule 7001 et seq. Rules of Bankruptcy Procedure. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157 § (b)(2)(B), and 157 (b)(2)(K).

2. Plaintiff resides in Maricopa County, Arizona and is the Debtor in the above captioned Chapter 11 Proceeding.

3. Defendants, Dreambuilder Investments, LLC. ("Dreambuilder") and JP Morgan Chase Bank, N.A. ("Chase"), upon information and belief, are licensed to do, write and make residential

mortgage loans in the State of Arizona. This Complaint pertains to the secured claim of Dreambuilder as listed in Debtor's Schedule D as "Chase Home Equity Line" filed with the Court on January 20, 2010, (hereinafter "Second Mortgage").

4. Plaintiff filed a voluntary Chapter 11 Petition on December 3, 2009, in the District of Arizona Case No. 2:09-bk-31200-SSC.

5. Plaintiff, at the time of the filing of his case, is the owner of certain real property located at 10757 E. Hillview Street in Mesa, Arizona 85207(the "Property") with a legal description as follows:

> ALL THAT REAL PROPERTY SITUATE IN THE COUNTY OF MARICOPA, STATE OF ARIZONA AND BEING A PORTION OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 1 NORTH, RANGE 7 EAST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN DESCRIBED AS FOLLOWS: COMMENCING AT A FOUND 1 INCH IRON PIPE MARKING THE EAST QUARTER CORNER OF SAID SECTION 11; THENCE SOUTH 00 DEGREES 03 MINUTES 35 SECONDS WEST (BASIS OF BEARINGS) 1134.14 FEET ALONG THE EAST LINE OF SAID SECTION 11, SAID EAST LINE BEING THE MONUMENTED CENTERLINE OF SIGNAL BUTTE ROAD; THENCE NORTH 89 DEGREES 58 MINUTES 50 SECONDS WEST 65.00 FEET TO A FOUND *1/2* INCH IRON BAR AND CAP, L.S 25090 ON THE WEST LINE OF SAID ROAD AND THE TRUE POINT OF BEGINNING; THENCE NORTH 89 DEGREES 58 MINUTES 50 SECONDS WEST 185.38 FEET TO A SET ½ INCH IRON BAR AND CAP, L.S. 25090; THENCE NORTH 00 DEGREES 03 MINUTES 23 SECONDS EAST 263.13 FEET TO A SET 1122 INCH IRON BAR AND CAP, L.S 25090; THENCE SOUTH 89 DEGREES 58 MINUTES 50 SECONDS EAST 185.40 FEET TO A POINT ON THE WEST LINE OF SAID ROAD, SAID POINT BEING MARKED BY A FOUND *1/2* INCH IRON BAR AND CAP, L.S 25090; THENCE SOUTH 00 DEGREES 03 MINUTES 35 SECONDS WEST 263.16 FEET ALONG SAID WEST LINE TO THE TRUE POINT OF BEGINNING, BEING ALSO DESCRIBED AS PARCEL 1 ON SURVEY RECORDED IN BOOK 533 OF MAPS, PAGE 42, RECORDS OF MARICOPA COUNTY, ARIZONA.

6. The Plaintiff believes that the Property has a fair market value of $331,000.00. See **Exhibit "A"** attached hereto and incorporated herein by this reference.

7. The Property is subject to a first mortgage lien in favor of JP Morgan Chase Bank, N.A., which was duly recorded. Per JP Morgan Chase Bank's proof of claim, filed on December 23, 2009, the payoff amount is $602,934.15.

8. Plaintiff asserts that after applying the first mortgage lien of JP Morgan Chase that

2

there is no equity remaining for which Defendants' Second Mortgage lien to attach to.

| | |
|---|---|
| Value of the Property | $331,000.00 |
| Less: First Mortgage Lien | $602,934.15 |
| Available Equity for Second Lien | (Negative $271,934.15) |

9. Plaintiff asserts that pursuant to 11 U.S.C. §§506(a)(1) and 506(d), Defendants' Second Mortgage claim is totally unsecured and its lien (Deed of Trust) upon the Debtor's real property is void.

**WHEREFORE,** Plaintiff prays that this Court find in favor of the Plaintiff and Orders the following:

a. That there is insufficient equity for Defendants' Second Mortgage lien to attach and that Defendant's Second Mortgage lien is totally unsecured and void.

b. That this Court order the Defendants to cancel and release the Second Mortgage lien on the residential real estate of the Debtor pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver a copy of the release to the attorney for the Debtor within 20 days from the date of the discharge at no charge or fee for the release and delivery.

c. That the Order of this Court may be recorded and the same shall have the effect of voiding the Second Mortgage lien on the public records.

d. That Plaintiff recover any relief that this Court deems justified and appropriate.

**RESPECTFULLY SUBMITTED**: this 14th day of November, 2012.

**CAMPBELL & COOMBS, P.C.**

By: /s/ *Nicole S. Sandoval (029316)*
Nicole S. Sandoval
Attorney for Plaintiff/Debtor

# EXHIBIT "A"

4

Homes  Arizona  Maricopa  City

Views: 78

### 10757 E Hillview St

**Zestimate®: $331,000**

Rent Zestimate: $2,183/mo
Est. Mortgage: $1,219/mo
See current rates on Zillow
Check your 2012 Credit Score for $0

| | |
|---|---|
| Beds: | -- |
| Baths: | -- |
| Sqft: | 3,629 |
| Lot: | 48,787 sq ft / 1.12 acres |
| Type: | Single Family |
| Year built: | 2000 |
| Last sold: | February 20 2003 for $292,500 |
| Parking: | -- |
| Cooling: | Refrigerator |
| Heating: | Forced air |
| Fireplace: | -- |



This is a 3629 square foot, single family home. It is located at 10757 E Hillview St Mesa, Arizona. The nearest schools are Sousa Elementary School, Smith Junior High School and Excalibur Charter School.

More facts

Post for sale/rent    Save    E-mail    Edit    Share    Map    Print

### Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $331,000 | $268K – $364K | -$6,900 | $91 | 01/10/2012 |
| Rent Zestimate | $2,183/mo | $1.6K – $2.8K/mo | +$16 | $0.60 | 01/06/2012 |
| Owner Comment | Post a comment | | | | |

Zestimate | Rent Zestimate | more

1 year  5 years  10 years

Loading chart...

See Your 2012 Credit Scores Free!

Zillow Mobile    Download the #1 Real Estate app