IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

Dated: May 19, 2014

Sarah S. Curley, Bankruptcy Judge

**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Fax: (480) 897-1461
nicole@haroldcampbell.com

Harold E. Campbell
State Bar No. 005160
Nicole S. Sandoval
State Bar No. 029316
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| JOSEPH S. RUBANOW, | Case No. 2:09-bk-31200-SSC |
| Debtor. | |
| JOSEPH S. RUBANOW, | Adversary No. 2:12-ap-01924-SSC |
| Plaintiff, | |
| vs. | |
| DREAMBUILDER INVESTMENTS, LLC., and JP MORGAN CHASE BANK, N.A. | |
| Defendants. | |

## JUDGMENT ORDER

THE COURT has reviewed the Court file, and has been duly advised in the premise, **IT IS ORDERED THAT**:

A. Judgment be granted in favor of Debtor/Plaintiff;

B. Defendants Dreambuilder Investments, LLC ("Dreambuilder")/JP Morgan Chase Bank, N.A. ("Chase") lien on real property located at 10757 E. Hillview Street in Mesa, Arizona 85207 and legally described as:

> ALL THAT REAL PROPERTY SITUATE IN THE COUNTY OF
> MARICOPA, STATE OF ARIZONA AND BEING A PORTION
> OF THE NORTHEAST QUARTER OF THE SOUTHEAST
> QUARTER OF SECTION 11, TOWNSHIP 1 NORTH, RANGE 7
> EAST, OF THE GILA AND SALT RIVER BASE AND

MERIDIAN DESCRIBED AS FOLLOWS: COMMENCING AT A FOUND 1 INCH IRON PIPE MARKING THE EAST QUARTER CORNER OF SAID SECTION 11; THENCE SOUTH 00 DEGREES 03 MINUTES 35 SECONDS WEST (BASIS OF BEARINGS) 1134.14 FEET ALONG THE EAST LINE OF SAID SECTION 11, SAID EAST LINE BEING THE MONUMENTED CENTERLINE OF SIGNAL BUTTE ROAD; THENCE NORTH 89 DEGREES 58 MINUTES 50 SECONDS WEST 65.00 FEET TO A FOUND *1/2* INCH IRON BAR AND CAP, L.S 25090 ON THE WEST LINE OF SAID ROAD AND THE TRUE POINT OF BEGINNING; THENCE NORTH 89 DEGREES 58 MINUTES 50 SECONDS WEST 185.38 FEET TO A SET ½ INCH IRON BAR AND CAP, L.S. 25090; THENCE NORTH 00 DEGREES 03 MINUTES 23 SECONDS EAST 263.13 FEET TO A SET 1122 INCH IRON BAR AND CAP, L.S 25090; THENCE SOUTH 89 DEGREES 58 MINUTES 50 SECONDS EAST 185.40 FEET TO A POINT ON THE WEST LINE OF SAID ROAD, SAID POINT BEING MARKED BY A FOUND *1/2* INCH IRON BAR AND CAP, L.S 25090; THENCE SOUTH 00 DEGREES 03 MINUTES 35 SECONDS WEST 263.16 FEET ALONG SAID WEST LINE TO THE TRUE POINT OF BEGINNING, BEING ALSO DESCRIBED AS PARCEL 1 ON SURVEY RECORDED IN BOOK 533 OF MAPS, PAGE 42, RECORDS OF MARICOPA COUNTY, ARIZONA.

be stripped and rendered void subject to the provisions herein;

C. Defendants' Claim is a general unsecured non-priority claim;

**AND FURTHER ORDERED THAT**:

D. Upon discharge of Debtor/Plaintiff's Chapter 11 proceeding, Defendants shall provide a release of the lien on the real property to the Debtor within thirty (30) days of the date of the order granting discharge;

E. Defendants shall file the notice with the appropriate County Records office and the release of said lien

2

1    F. The entire claim of Defendants shall be treated as a general unsecured claim and
2 share in any unsecured proceeds;
3    G. Defendants' lien shall remain in place until Debtor/Plaintiff completes the
4 Chapter 11 Plan and is granted his discharge;
5    H. Defendants' lien shall remain in place and its debt shall remain secured should
6 the subject property be sold or should a refinance take place prior to completion of the
7 Plan and entry of discharge;
8    I. Defendants' lien shall remain in place and its debt shall remain secured should
9 Debtor's case be dismissed or converted to another Chapter;
10    J. Each party will bear their own costs and expenses associated with this action.

**SIGNED AND DATED ABOVE**

3